**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02778-GPG

JOHN ZOLLICOFFER,

    Plaintiff,

v.

G. SANTINI, M.D., and
DOCTOR ALLRED, M.D.,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    In response to the court's Order Directing Plaintiff to File Amended Complaint (ECF No. 10) Plaintiff has submitted a Complaint for Violation of Civil Rights (ECF No. 11) that is not on the proper form and a Motion Requesting Court's Review of Relevant Information (ECF No. 12).   Pursuant to Rule 5.1(c) of the Local Rules of Practice of the United States District Court for the District of Colorado – Civil, "[i]f not filed electronically, an unrepresented prisoner or party shall use the procedures, forms, and instructions posted on the court's website."   Therefore, Plaintiff will be directed to file his amended pleading on the court-approved Prisoner Complaint form.   The clerk of the court is directed to mail to Plaintiff, together with a copy of this order, a blank copy of the following form:   Prisoner Complaint.

    Plaintiff shall have up to and including **April 25, 2016**, to file an amended complaint on the proper form if he wishes to pursue his claims.   Plaintiff is reminded that he must include in his amended complaint specific factual allegations that demonstrate how each Defendant violated his constitutional rights because an amended complaint supersedes and replaces the original and all prior complaints.   The Motion Requesting Court's Review of Relevant Information (ECF No. 12) is DENIED because Plaintiff must include all of the factual allegations that support his claims in the amended complaint.

Dated:   March 18, 2016

---